1
2
3
4
5
6

BRANDYE N. FOREMAN
State Bar No. 277110
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 Phone
(972) 661-7726 Fax
cdcaecf@bdfgroup.com

7
8
9
10

Attorneys for Secured Creditor
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
TRUSTEE FOR MORGAN STANLEY MORTGAGE
LOAN TRUST 2004-7AR, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2004-7AR

11
12

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

13
14
15
16
17
18
19
20
21
22
23
24

In re:

ALLYSON M. THEOPHILE

        Debtor(s).

Bankruptcy Case No. 2:16-bk-19902-NB

Chapter 13

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

<u>MEETING OF CREDITORS:</u>
DATE:    September 02, 2016
TIME:    10:00 AM
PLACE:  915 Wilshire Blvd., 10th Floor, RM 1,
           Los Angeles, CA 90017

<u>CONFIRMATION HEARING:</u>
DATE:   December 8, 2016
TIME:   9:30 AM
CTRM: 1545

25
26
27
28

       Deutsche Bank National Trust Company, as trustee for Morgan Stanley Mortgage Loan Trust 2004-7AR, Mortgage Pass-Through Certificates, Series 2004-7AR ("Secured Creditor") hereby objects to confirmation of the Debtor's Chapter 13 Plan filed on July 27, 2016 (the "Plan") based on the following:

1.  Secured Creditor holds a secured claim evidenced by a promissory note in the original principal sum of $308,400.00 executed by Allyson M. Theophile ("Debtor"), collateralized by a first priority deed of trust encumbering the real property commonly known as 1715 Fair Oaks Avenue #11, South Pasadena, CA 91030 ("Property") and recorded on May 14, 2004 as Instrument No. 041223329, Official Records of Los Angeles County, California.

2.  Secured Creditor is in the process of preparing its proof of claim.  The total pre-petition arrearage amount owed is approximately $38,403.44.  An itemization of the pre-petition arrearage is as follows:

| | |
|---|---:|
| 2 payments @ $2,083.52 (April 2015 – May 2015) | $4,167.04 |
| 1 payments @ $2,115.45 (June 2015 – June 2015) | $21,678.96 |
| 12 payments @ $2,151.54 (July 2015 – June 2016) | $25,818.48 |
| 1 payments @ $2,221.59 (July 2016 – July 2016) | $2,221.59 |
| Attorney Fees | $725.00 |
| Foreclosure Fees & Costs | $311.00 |
| Corporate Advances | $600.00 |
| Escrow Shortage | $2,444.78 |
| Total | $38,403.34 |

3.  Debtor's Plan provides for Secured Creditor's claim[1] in Class 2, listing $35,007.50 in pre-petition arrears to be cured over 41 months at $853.84 per month.  Debtor is to make all post-petition payments directly to Secured Creditor.

4.  Section 1322(b)(2) of the U.S. Bankruptcy Code provides, in relevant part, as follows:

(b)  Subject to subsections (a) and (c) of this section, the plan may--

. . .

(2) modify the rights of holders of secured claims, other than a claim secured only

by a security interest in real property that is the Debtor's principal residence

. . .

---

[1] America's Servicing Company is the servicer for Secured Creditor's loan

1   (5) notwithstanding paragraph (2) of this subsection, provide for the curing of

2   any default within a reasonable time and maintenance of payments while the case

3   is pending on any unsecured claim or secured claim on which the last payment is

4   due after the date on which the final payment under the plan is due; . . .

5        5.     The Debtor's Plan does not provide for the full pre-petition arrears owed to Secured

6   Creditor. As the Plan does not provide for the cure of the pre-petition arrearages owed, it does not

7   satisfy §1322(b)(5).

8        Wherefore, based on the foregoing, Secured Creditor respectfully requests that the Court

9   deny confirmation of Debtor's Chapter 13 Plan or request the Debtor to file an amended plan to

10   provide for Secured Creditor's full arrears.

11   DATED: September 27, 2016        Respectfully Submitted,

12        BARRETT DAFFIN FRAPPIER TREDER
     & WEISS, LLP

13

14        */s/ Brandye N. Foreman*
     BRANDYE N. FOREMAN

15        Attorneys for Secured Creditor

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP,

 20955 Pathfinder Road, Suite 300, Diamond Bar, California 91765

A true and correct copy of the foregoing document entitled (*specify*): _____
OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN
_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
  09/27/2016_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)    09/27/2016_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
   Chamber's Copy: Honorable Neil W. Bason, 255 E. Temple Street, Suite 1552, Los Angeles, CA 90012
   Debtor: Allyson M. Theophile, 1715 Fair Oaks Ave. #11, South Pasaena, CA 91030
   Debtor's Attorney: Renee Sawyer Blume, 510 W. 6th St. Suite 1220, Los Angeles, CA 90014
   Ch. 13 Trustee: Kathy A Dockery, 700 S. Flower Street, Suite 1950, Los Angeles, CA 90017

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 09/27/2016 | Brandye N. Foreman | /s/Brandye N. Foreman |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.